UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>Mary Howard<br>**Debtor** | **Bankruptcy Case No.:** 23–10733<br>**Chapter** 7 Section A |

# NOTICE OF DEFICIENCY

**To:** Mary Howard

Your case is deficient for the following reason(s):

The case is deficient because the debtor did not receive credit counseling as required by Sections 521(b) and 109(h)(1) of the Code. If the deficiency is not corrected within 14 days, the case will be dismissed without notice and hearing. For a list of approved Credit Counseling agencies, see the link on the Court's website(www.laeb.uscourts.gov).

| | |
|---|---|
| New Orleans, Louisiana, June 2, 2023. | Sean McGinn<br>Deputy Clerk |